

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

July 26, 2011

See Notice Electronic Filing

Re:   JANICE MICHAUD v. GREENBERG & SADA, P.C., and ALPINE CREDIT, INC.
      Civil Action Number: 11-cv-01015-CBS-MEH

Dear Counsel:

Please be advised that Judge Richard P. Matsch has signed an Order of Reference in the above referenced case. Pursuant to D.C.COLO.LCivR 72.2, you are advised that the case has been randomly assigned to **Magistrate Judge Craig B. Shaffer.**

In the future, when filing pleadings, please use case number **11-cv-01015-CBS-MEH**.

Thank you for your cooperation in this matter.

GREGORY C. LANGHAM, CLERK

By:   s/ Wendi Copello  
      Deputy Clerk