IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 11-cv-01015-CBS-MEH

JANICE MICHAUD,
    Plaintiff,
v.

GREENBERG & SADA, P.C., and
ALPINE CREDIT,
    Defendants.
_____

ORDER OF REFERENCE AND ORDER
_____

This civil action comes before the court on several matters.

I.    Consent to Proceed by Magistrate Judge

On July 26, 2011, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* Doc. # 19).  This civil action will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 11-cv-01015-CBS-MEH**.

II.     Order of Reference

The Order of Reference dated April 18, 2011 (Doc. # 2) is hereby VACATED. This matter is now referred to United States Magistrate Judge Michael E. Hegarty *for settlement purposes only*, to convene such settlement conferences and direct any related proceedings as may facilitate settlement of this case. **A settlement conference is currently set before Magistrate Judge Hegarty on September 1, 2011 at 1:15 p.m.** Mountain Time.

III.    Order

A.     The deadlines, discovery limitations, and schedule set forth in the Scheduling Order dated July 1, 2011 (Doc. # 12) remain unchanged.

B.     **A Telephone Status Conference shall be held** by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, **on Monday September 19, 2011 at 9:15 a.m.** to review the Scheduling Order and set a Final Pretrial Conference and a trial date. *Counsel shall arrange a conference call among themselves prior to telephoning the court at 303-844-2117 at the scheduled time.*

DATED at Denver, Colorado, this 1st day of August, 2011.

BY THE COURT:

s/Craig B. Shaffer  
United States Magistrate Judge