IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 11-cv-01015-CBS-MEH

JANICE MICHAUD,
    Plaintiff,
v.

GREENBERG & SADA, P.C., and
ALPINE CREDIT, INC.,
    Defendants.
_____

ORDER ON STIPULATION TO DISMISS
_____

    This civil action comes before the court on the parties' "Stipulation for Dismissal" (filed September 28, 2011) (Doc. # 30).  On July 26, 2011, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (See Doc. # 19).  The court now being sufficiently advised in the premises,

    IT IS ORDERED that the parties' Stipulation is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear his, her, or its own attorney fees and costs.

    DATED at Denver, Colorado, this 29th day of September, 2011.

                                   BY THE COURT:

                                   s/Craig B. Shaffer
                                   United States Magistrate Judge